**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

12   MAHBUB RAHMAN,                          No. C 12-4535 MMC

13              Plaintiff,                    **ORDER CONTINUING CASE**
        v.                                    **MANAGEMENT CONFERENCE**
14
     COMMERCIAL RECOVERY SYSTEMS,
15   INC., et al.,

16              Defendants.
     _____/

17

18        Before the Court is plaintiff's "Notice of Settlement," filed November 20, 2012, in

19   which plaintiff's counsel states the parties have settled the above-titled matter and

20   anticipate filing a stipulation for dismissal within 60 days.

21        Accordingly, the Case Management Conference is hereby CONTINUED from

22   November 30, 2012 to February 1, 2013.

23        **IT IS SO ORDERED.**

24   Dated: November 26, 2012

25                                           MAXINE M. CHESNEY
                                             United States District Judge
26
27
28