IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHBUB RAHMAN, | No. C 12-4535 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| COMMERCIAL RECOVERY SYSTEMS, INC., et al., | |
| Defendants.                                    / | |

Before the Court is plaintiff's "Notice of Settlement," filed November 20, 2012, in which plaintiff's counsel states the parties have settled the above-titled matter and anticipate filing a stipulation for dismissal within 60 days.

Accordingly, the Case Management Conference is hereby CONTINUED from November 30, 2012 to February 1, 2013.

**IT IS SO ORDERED.**

Dated: November 26, 2012

_____
MAXINE M. CHESNEY
United States District Judge