David J. McGlothlin, Esq. (CA SBN: 253265)
david@southwestlitigation.com
**Hyde & Swigart**
5343 N. 16th Street, Suite 460
Phoenix, AZ 85016
Telephone:   (602) 265-3332
Facsimile:    (602) 230-4482

Attorneys for the Plaintiff
Ashley Lazzarini

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mahbub Rahman<br><br>Plaintiff,<br><br>v.<br><br>Commercial Recovery Systems, Inc.<br><br>Defendant. | **Case No.: 3:12-cv-04535-MMC**<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT THE JOINT CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br>**Hon. Maxine M. Chesney**<br><br>**Date: 11/30/2012**<br>**Time: 10:30**<br>**Location: Courtroom 7** |

Plaintiff respectfully request this Court grant permission for counsel to appear by telephone for the case management conference in the above captioned case scheduled for 10:30 am on November 30, 2012.

Plaintiff's lead counsel is currently working out of the firm's Phoenix, Arizona office and therefore would have to incur significant expense to attend this conference in person.

1

2      Further, the parties have recently settled the case and are working to finalize

3   the settlement agreement. The parties were able to settle this case primarily to avoid

4   the significant attorneys fees and costs that would be incurred to travel to the case

5   management conference. In person attendance at this conference would cancel any

6   settlement and force the parties to litigate this case.

7

8      Date: November 26, 2012                Hyde & Swigart

9                                             By: /s/ David J. McGlothlin

10                                            David J. McGlothlin

11                                            Attorneys for the Plaintiff

12

13

14

15

16      Dated:  November 26, 2012

17

18

19

20

21

22      

*As moot.

23

24

25

26

27

28