David J. McGlothlin, Esq. (CA SBN: 253265)
david@southwestlitigation.com
**Hyde & Swigart**
5343 N. 16th Street, Suite 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile: (602) 230-4482

Attorneys for the Plaintiff
Ashley Lazzarini

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mahbub Rahman<br><br>Plaintiff,<br>v.<br><br>Commercial Recovery Systems, Inc.<br><br>Defendant. | Case No.: 3:12-cv-04535-MMC<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT THE JOINT CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br><br>Hon. Maxine M. Chesney<br><br>Date: 11/30/2012<br>Time: 10:30<br>Location: Courtroom 7 |

Plaintiff respectfully request this Court grant permission for counsel to appear by telephone for the case management conference in the above captioned case scheduled for 10:30 am on November 30, 2012.

Plaintiff's lead counsel is currently working out of the firm's Phoenix, Arizona office and therefore would have to incur significant expense to attend this conference in person.

**HYDE & SWIGART**
**Phoenix, Arizona**

1
2      Further, the parties have recently settled the case and are working to finalize
3  the settlement agreement. The parties were able to settle this case primarily to avoid
4  the significant attorneys fees and costs that would be incurred to travel to the case
5  management conference. In person attendance at this conference would cancel any
6  settlement and force the parties to litigate this case.
7
8  Date: November 26, 2012                    Hyde & Swigart
9
10                                             By: /s/ David J. McGlothlin
                                               David J. McGlothlin
11                                             Attorneys for the Plaintiff
12
13
14
15
16  Dated: November 26, 2012
17
18
19
20
21
22                                                        *As moot.
23
24
25
26
27
28



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED*
Judge Maxine M. Chesney