IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAHBUB RAHMAN,

        Plaintiff,

  v.

COMMERCIAL RECOVERY SYSTEMS, INC., et al.,

        Defendants.
_____/

No. C 12-4535 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    Before the Court is plaintiff's "Motion to Continue or in the Alternative Request to Appear Telephonically at the Joint Case Management Conference," filed January 29, 2013.

    Good cause appearing, the Case Management Conference is hereby CONTINUED from February 1, 2013 to February 15, 2013.  Parties shall file a joint Case Management Conference Statement no later than February 8, 2013.

    **IT IS SO ORDERED.**

Dated: January 29, 2013

                                            MAXINE M. CHESNEY
                                            United States District Judge