IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHBUB RAHMAN, | No. C 12-4535 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| COMMERCIAL RECOVERY SYSTEMS, INC., et al., | |
| Defendants.      / | |

Before the Court is plaintiff's "Motion to Continue or in the Alternative Request to Appear Telephonically at the Joint Case Management Conference," filed January 29, 2013.

Good cause appearing, the Case Management Conference is hereby CONTINUED from February 1, 2013 to February 15, 2013.  Parties shall file a joint Case Management Conference Statement no later than February 8, 2013.

**IT IS SO ORDERED.**

Dated: January 29, 2013

_____
MAXINE M. CHESNEY
United States District Judge