UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAHBUB RAHMAN,**<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>**COMMERCIAL RECOVERY SYSTEMS, INC., RANDY STONE AND COREY COTTINGHAM**<br><br>　　　　　　　Defendants. | Case No: 3:12-CV-4535-MMC<br><br>~~[PROPOSED]~~ **ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**HON. MAXINE M. CHESNEY** |

　　Based upon the Plaintiff's Unilateral Notice of Dismissal, and good cause, this Court hereby orders the action as to Defendants Commercial Recovery Systems, Inc., Randy Stone and Corey Cottingham, to be, and is, dismissed with prejudice. IT IS SO ORDERED.

Dated: February 11, 2013

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE